IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DAWN and PHILIP KETCHUM, | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:25-cv-00512-DGK |
| LAKEVIEW LOAN SERVICING LLC, LOANCARE LLC, SOUTHLAW PC, et al., | ) |
| Defendants. | ) |

## ORDER DENYING MOTION FOR RECONSIDERATION

This lawsuit arises from *pro se* Plaintiffs Dawn and Philip Ketchum's' allegations that Defendants defrauded them in connection with their residential mortgage, a mortgage which apparently has been foreclosed upon and the property sold on June 30, 2025. On July 14, 2025, the Court held it lacked subject matter jurisdiction to hear this dispute and dismissed this case. ECF No. 6.

On July 16, 2025, shortly before a clerk's judgment was filed closing this case, Plaintiffs filed a brief motion for reconsideration. ECF No. 9. After carefully reviewing the motion, the Court denies the motion because it remains unconvinced it has subject matter jurisdiction to hear this case.

The Court also notes Plaintiffs filed another motion for a temporary restraining order. ECF No. 11. That motion is denied as moot because this case is closed. If Plaintiffs wish to pursue this case further, they should appeal.

Finally, the Court orders the Clerk of the Court to not accept any additional filings in this case except those related to an appeal.

**IT IS SO ORDERED.**

Date:  July 30, 2025                          /s/ Greg Kays
                                              GREG KAYS, JUDGE
                                              UNITED STATES DISTRICT COURT